390 A.2d 314

Salzman, Appellant, v. Miller et al.

Argued March 27, 1978.
James P. Coho, for appellant; No appearance entered nor brief submitted for appellees.

Decree affirmed.